

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00837-CV

**IN RE** Jay **FURMAN**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: February 12, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 5, 2024, relator filed a petition for writ of mandamus. On December 19, 2024, this court issued an order granting relator a writ of mandamus. On December 31, 2024, this court issued an opinion explaining the granting of the writ.

Acting sua sponte, we withdraw the previously issued order and opinion and substitute this opinion in their stead.

Relator has failed to establish that he has personally served respondent. Accordingly, he has not demonstrated that this court has personal jurisdiction over respondent to grant the relief relator seeks, and we DISMISS this original proceeding.

PER CURIAM

---

[1] This proceeding arises out of a dispute between relator and the Recount Chair for Webb County, Texas, regarding the copying of challenged ballots under Texas Election Code section 213.013(i).